IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Juan Carlos Sebastian and Heriberto Castejon, individually and all other similarly situated persons, known and unknown, Plaintiffs<br>v.<br><br>Fibre-Tec Partitions, LLC and Terry Jannotta, Individually, Defendants | 16-cv-08442<br><br>Judge Thomas M. Durkin |

## JOINT STIPULATION OF DISMISSAL

The parties to the above entitled action, by their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a)(1), stipulate the following:

1. The parties have reached a settlement of the above-captioned action.

2. The parties therefore stipulate that this matter shall be dismissed in its entirety, without prejudice, with each party incurring its own attorneys' fees and costs, except as otherwise provided for by the parties' settlement agreement.

3. On June 2, 2017, absent a motion by either party to enforce the settlement agreement, the dismissal of this matter shall convert automatically to a dismissal with prejudice.

Respectfully submitted,

| | |
|---|---|
| s/ Raisa Alicea | s/Abad Lopez |
| Raisa Alicea | Abad Lopez |
| Consumer Law Group, LLC | Dykema |
| 6232 N. Pulaski, Suite 200 | 10 South Wacker Dr., Suite 2300 |
| Chicago, IL 60646 | Chicago, IL 60606 |